**JacksonLewis**

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL ADDRESS:  JEFFREY.BRECHER@JACKSONLEWIS.COM

February 24, 2025

**VIA ECF**
Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Gatto v. PSP Stores, LLC*
         Case No. 1:23-cv-4283 (OEM)(LKE)
         ("Discrimination Case")
         Case No. 1:22-cv-6397 (OEM)(LKE) ("Wage Case")

Dear Magistrate Judge Eshkenazi:

  As counsel for Defendant PSP Stores, LLC d/b/a Pet Supplies Plus ("Defendant"), we write jointly with Plaintiff's Counsel, pursuant to the Court's November 25, 2024 Order, to provide a status report.  Defendant's bankruptcy case remains pending as of the date of this report. Case No. 24-12480 (D. De). Thus, the parties submit that the automatic stay should remain in effect.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      *s/Jeffrey Brecher*
      Jeffrey W. Brecher

cc: All counsel of record (via ECF)