# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL ADDRESS:  JEFFREY.BRECHER@JACKSONLEWIS.COM

May 27, 2025

**VIA ECF**
Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Gatto v. PSP Stores, LLC*
        Case No. 1:23-cv-4283 (OEM)(LKE)
        ("Discrimination Case")
        Case No. 1:22-cv-6397 (OEM)(LKE) ("Wage Case")

Dear Judge Eshkenazi:

  As counsel for Defendant PSP Stores, LLC d/b/a Pet Supplies Plus ("Defendant"), we write on behalf of both Parties to provide this joint status report, in accordance with the Court's February 25, 2025 Directive. As of today's date, Defendant's bankruptcy case remains pending. *See generally* Bankr. D. Del., Case No. 24-12480 (JTD). Thus, the parties submit that the automatic stay of the above-referenced matter should remain in effect.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      */s/ Jeffrey W. Brecher*
      _____
  By: Jeffrey W. Brecher

cc: All counsel of record (via ECF)

4927-3126-4839, v. 1