# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL ADDRESS:  JEFFREY.BRECHER@JACKSONLEWIS.COM

August 26, 2025

**VIA ECF**
Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Gatto v. PSP Stores, LLC*
         Case No. 1:23-cv-4283 (OEM)(LKE)
         ("Discrimination Case")
         Case No. 1:22-cv-6397 (OEM)(LKE) ("Wage Case")

Dear Judge Eshkenazi:

  As counsel for Defendant PSP Stores, LLC d/b/a Pet Supplies Plus ("Defendant"), we write on behalf of both Parties to provide this joint status report, in accordance with the Court's May 28, 2025 Directive. On June 2, 2025 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") confirmed the Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates, including the Defendant (the "Confirmation Order"). *See* Bankr. D. Del., Case No. 24-12480 (ECF No. 1596). Pursuant to the Confirmation Order, all claims and pending actions against the Defendant are permanently enjoined pursuant to the plan injunction. *See* (ECF No. 1596, Section 12.6). Thus, the parties submit that the stay should remain in effect pursuant to the Bankruptcy Court's injunction of pending actions.

        Respectfully submitted,

        JACKSON LEWIS P.C.

        *s/Jeffrey Brecher*
        Jeffrey W. Brecher

cc: All counsel of record (via ECF)