UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CINDY GATTO, on behalf of herself and all others similarly situated,

                              Plaintiff,

              -against-

PSP STORES, LLC d/b/a PET SUPPLIES "PLUS",

                              Defendant.

Case No.: 22-CV-6397 (OEM)(LKE)

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as lead attorney of record in this case for Defendant, PSP STORES, LLC d/b/a PET SUPPLIES "PLUS". Further, we request that a copy of all papers in this action be served upon their counsel at the office and electronic mail address listed below. I certify that I am admitted to practice in this Court.

Dated: Melville, New York
         November 25, 2025

                                    Respectfully Submitted,

                                    JACKSON LEWIS P.C.
                                    *ATTORNEYS FOR DEFENDANT*
                                    58 S. Service Road, Suite 250
                                    Melville, New York 11747
                                    (631) 247-0404

                     By:    /s/ *Elyse L. Patterson*
                                    ELYSE L. PATTERSON

4922-0697-7660, v. 1