**JacksonLewis**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL ADDRESS: JEFFREY.BRECHER@JACKSONLEWIS.COM

February 23, 2026

**VIA ECF**
Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Gatto v. PSP Stores, LLC*
               Case No. 1:23-cv-4283 (OEM)(LKE)
               ("Discrimination Case")
               Case No. 1:22-cv-6397 (OEM)(LKE) ("Wage Case")

Dear Judge Eshkenazi:

      As counsel for Defendant PSP Stores, LLC d/b/a Pet Supplies Plus ("Defendant" or "Pet Supplies"), we write to provide this joint status report in accordance with the Court's December 3, 2025 Directive. The Bankruptcy Court's Order, which confirmed the Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates, including Defendant, remains in effect with no interim changes. *See* Bankr. D. Del., Case No. 24-12480 (ECF No. 1596). As previously reported, the Confirmation Order permanently enjoined all claims and pending actions against Defendant. *See* Bankr. D. Del., Case No. 24-12480 (ECF No. 1596, Section 12.6). Thus, the Parties submit that the stay should remain in effect in accordance with the Bankruptcy Court's injunction of pending actions.

                                       Respectfully submitted,

                                       JACKSON LEWIS P.C.

                                       *s/Jeffrey Brecher*

                                       Jeffrey W. Brecher

cc:     All counsel of record (via ECF)